1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277

FILED
AUG - 9 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

4               United States Bankruptcy Court
                Central District of California
5

6                                        ) Chapter 13
                                         )
7  TWILA J MANDELLA                      ) Case No.: 8:09-bk-24341-TA
                                         )
8                                        ) **NOTICE OF UNCLAIMED DIVIDEND**
                                         ) (Bankruptcy Rule 3011)
9                                        )
                                         )
10                                       )
                                         )
11 ─────────────────────────────────────

12     TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13     Please find annexed hereto Check No. **300816** in the sum of **$1,490.00**

14 representing an unclaimed dividend in the above-entitled Debtor's estate.

15 Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and

16 address of the party entitled to said unclaimed dividend is as follows:

17     BRIAN J COLOMBANA
       9910 RESEARCH DR
18     IRVINE, CA 92626

19
   Date: August 7, 2010                  _____
20                                        Amrane Cohen, Chapter 13 Standing Trustee

21

22

23

24

25

26

1

| Case No. | Debtor Name(s) | | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0924341 | TWILA J MANDELLA ACCT: | Claim: 00000 | XXX-XX-1062 | 1,490.00 | 0.00 | 1,490.00 |
| | | TOTALS | | 1,490.00 | 0.00 | 1,490.00 |

TWILA J MANDELLA

BALANCE:       510.00     [0.00  13/00000]
SSN: XXX-XX-1062    SSN:
ACCT:                      CASE: 0924341
PRINCIPAL:     1,490.00   INTEREST:        0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0300816

Jul 23, 2010

VOID 90 DAYS FROM DATE

*****$1,490.00

**PAY**   One Thousand Four Hundred Ninety And 00 / 100 Dollars

**TO THE ORDER OF**   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑆0300816⑆  ⑈061100790⑈ 000000575186 2⑈